## McCarty Brothers, Appellant, v. Fort Dearborn National Bank, Appellee.

### Gen. No. 23,124.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HOSEA W. WELLS, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed November 30, 1917.

### Statement of the Case.

Action on contract by McCarty Brothers, a corporation, plaintiff, against Fort Dearborn National Bank, a corporation, defendant. From a judgment for defendant, plaintiff appeals.

HEFFRON, PERKINSON & BERLET, for appellant.

ADAMS, CREWS, BOBB & WESTCOTT, for appellee.

MR. JUSTICE TAYLOR delivered the opinion of the court.

### Abstract of the Decision.

1. BILLS AND NOTES, § 309*—*what is effect of certification on liability of drawer.* Where the holder of a check procures it to be accepted or certified, the drawer is discharged from liability thereon.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

2.  BANKS AND BANKING, § 131*—*what is effect of certification of check on liability of bank.*  While a check itself does not operate as an assignment of any of the funds to the credit of the drawer, upon the certification of the check, the bank becomes liable to the holder.

3.  BANKS AND BANKING, § 131*—*certification of check as creating relation of creditor and debtor between holder and bank.*  When a check is certified, a contract between the holder of the check and the bank is at once created, the bank becoming the direct debtor to the holder.

4.  BANKS AND BANKING, § 131*—*when drawer cannot question right of payee to negotiate certified check without indorsement.*  After a check is delivered, certified and paid, the drawer cannot question the right of the payee to negotiate it without indorsement.

5.  BANKS AND BANKING, § 131*—*when maker cannot object to payment of certified check.*  Where a check is certified, the maker is relieved from all liability and becomes a stranger to all further proceedings involving the check, and he cannot object that the check was paid by the bank without the payee's indorsement.